# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| MERIDIAN VENTURE ) | Case No. 12-07594 |
| PARTNERS, LLC ) | Chapter 11 |
| ) | Judge Harrison |
| Debtor. ) | |

## THE UNITED STATES TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED ON APPEAL

The United States Trustee, Region 8, by and through counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates the following additional items to be included in the record on appeal:

1. Meridian Venture Partners, LLC, Case No. 12-7594, ECF Docket Sheet.

2. Debtor's Statement of Financial Affairs. (ECF Docket No. 14)

3. Debtor-In-Possession Monthly Operating Report for Filing Period (Month Ending) August 2012. (ECF Docket No. 12)

4. Debtor-In-Possession Monthly Operating Report for Filing Period (Month Ending) September 2012. (ECF Docket No. 16)

5. Debtor-In-Possession Monthly Operating Report for Filing Period (Month Ending) October 2012. (ECF Docket No. 20)

6. Debtor-In-Possession Monthly Operating Report for Filing Period (Month Ending) December 2012. (ECF Docket No. 23)

7. Debtor-In-Possession Monthly Operating Report for Filing Period (Month Ending) January 2013. (ECF Docket No. 41)

Respectfully submitted,

SAMUEL K. CROCKER,
UNITED STATES TRUSTEE, REGION 8

/S/ CHARLES M WALKER
Charles M. Walker (TN BPR #19884)
Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
Telephone: 615-736-2254
Fax: 615-736-2260
Email: charles.walker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, and (2) via electronic notice to Appellant and all ECF Filers and Consenting Users who represent parties on May 22, 2013.

/S/CHARLES M WALKER
Charles M. Walker, Trial Attorney